UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDE VELARDE,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF ALAMEDA, *et al.*,<br><br>          Defendants. | Case No.  15-cv-03323-SI<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 12 |

Defendants' motion to dismiss the complaint is scheduled for a hearing on December 11, 2015.  Plaintiff's opposition was due on November 3, 2015.  Plaintiff has not filed an opposition to defendants' motion, nor has plaintiff taken any action in this case since filing the complaint.

**Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE in writing no later than November 20, 2015, why this case should not be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**  If plaintiff responds in writing by stating that she wishes to prosecute this case, the Court will set a new briefing schedule and hearing on defendants' motion to dismiss the complaint.  **If plaintiff fails to respond to this order by November 20, 2015, the Court will dismiss this action without prejudice.**

     **IT IS SO ORDERED**.

Dated: November 9, 2015

                                                                    _____
                                                                    SUSAN ILLSTON
                                                                    United States District Judge