UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDE VELARDE,<br><br>   Plaintiff,<br><br>  v.<br><br>COUNTY OF ALAMEDA, *et al*.,<br><br>   Defendants. | Case No. 15-cv-03323-SI<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME AND SETTING NEW BRIEFING SCHEDULE AND HEARING ON DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>Re: Dkt. No. 17 |

  On November 19, 2015, plaintiff filed a response to the Court's Order to Show Cause. Plaintiff states that she does wish to prosecute this case, and that she plans to hire an attorney to represent her after Thanksgiving. Plaintiff has also submitted a court document from another case she has filed showing that the other case is scheduled for trial in December 2015. Plaintiff requests an extension of time to file her opposition to defendant's motion to dismiss the complaint.

  The Court GRANTS plaintiff's motion for an extension of time, and sets the following briefing and hearing schedule: plaintiff's opposition is due **January 8, 2016**; defendant's reply is **due January 15, 2016**; and the hearing on defendant's motion is scheduled for **January 22, 2016 at 10:00 am**. The Court will hold a case management conference **on January 22, 2016 at 2:30 p.m.**

  **IT IS SO ORDERED**.

Dated: November 23, 2015

_____
SUSAN ILLSTON
United States District Judge