| | |
|---|---|
| 1 | LAW OFFICE OF YOLANDA HUANG |
| | YOLANDA HUANG, SBN 104543 |
| 2 | 499 14th Street, Suite 300 |
| | Oakland, CA 94612 |
| 3 | Tel: (510) 329-2140 |
| 4 | Fax: (510) 580-9410 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Heide Velarde, individually and on |
| 7 | behalf of the proposed class |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDE VELARDE, Individually and on behalf of others similarly situated, | Case No. 15-3325 SI |
| Plaintiff, | STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE TO FEBRUARY 26, 2016 AND [Proposed] ORDER |
| vs. | |
| COUNTY OF ALAMEDA, DGREGORY J. AHERN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, ALAMEDA COUNTY SHERIFF'S JANE DOES 1-20, Inclusive, in their individual and offcial capacities, | |
| Defendants. | |

  Whereas plaintiff has retained counsel and filed a stipulation for substitution of attorney of said counsel in place of herself in pro per;

  Whereas the Court signed an order granting the substitution on January 20, 2016;

Page 1 of 1

Velarde v. County of Alameda, et al. , *et al.* , Stipulation to Continue the CMC to Feb. 26, 2016 [Proposed] Order

Whereas, plaintiff's new counsel has filed an amended complaint, in which a number of individuals added as defendants;

Whereas plaintiff's counsel has a pre-existing calendar conflict for Friday, January 22, 2015, and it would be in the interest of judicial economy to permit defense counsel to review the first amended complaint and for the parties to meet and confer with regard to the newly added parties;

The parties hereby stipulate to continue the Case Management Conference now set for Friday, January 22, 2015, to February 26, 2016 at 2:30 p.m.

IT IS SO STIPULATED

Dated: January 21, 2016

LAW OFFICE OF YOLANDA HUANG

By: ____/s/ *Yolanda Huang*____
    YOLANDA HUANG
      Attorney for Plaintiff
      Heide Velarde

Dated: January 21, 2016

BOORNAZIAN, JENSE & GARTHE
A Professional Corporation

Attorneys for Defendants

By____*/s/ Gregory B. Thomas, Esq.*____
    GREGORY B. THOMAS, ESQ.

ORDER

IT IS SO ORDERED.

Dated: January __22__, 2016

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge