LAW OFFICE OF YOLANDA HUANG
YOLANDA HUANG, SBN 104543
499 14th Street, Suite 300
Oakland, CA 94612
Tel: (510) 329-2140
Fax: (510) 580-9410

Attorneys for Plaintiff
Heide Velarde, individually and on behalf of the proposed class

GREGORY B. THOMAS, ESQ. (SBN 239870)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation (#27697)
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
gthomas@bjg.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDE VELARDE, Individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br>        vs.<br><br>COUNTY OF ALAMEDA, DGREGORY J. AHERN, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, ALAMEDA COUNTY SHERIFF'S JANE DOES 1-20, Inclusive, in their individual and official capacities,<br><br>☐              Defendants. | Case No.:  CV15-03323 SI<br><br>STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE ~~TO MARCH 25, 2016 AND [Proposed]~~ ORDER |

1  Whereas, plaintiff's new counsel has filed an amended complaint on January 15, 2016, in which a number of individuals added as defendants;

Whereas defendants' counsel requested from plaintiff's counsel and was granted an extension to provide a responsive pleading to plaintiff's amended complaint by February 29, 2016, and it would be in the interest of judicial economy to permit defense counsel to respond to plaintiff's first amended complaint prior to any case management conference;

Whereas defendants' counsel intends on filing a Motion to Dismiss by February 29, 2016, and having said Motion heard prior to April 22, 2016;

The parties hereby stipulate to continue the Case Management Conference now set for Friday, February 26, 2016, to April 22, 2016 at 2:30 p.m.

IT IS SO STIPULATED

Dated: February 23, 2016

LAW OFFICE OF YOLANDA HUANG

By:     /s/ *Yolanda Huang*
     YOLANDA HUANG
       Attorney for Plaintiff
       Heide Velarde

Dated: February 23, 2016

BOORNAZIAN, JENSE & GARTHE
A Professional Corporation

Attorneys for Defendants

By     /s/ *Gregory B. Thomas*
     GREGORY B. THOMAS, ESQ.

**ORDER**

IT IS SO ORDERED.

Dated: February __23__, 2016

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge