UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEIDE VELARDE,

    Plaintiffs,

v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 15-cv-03323-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 7, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: December 19, 2016.

DESIGNATION OF EXPERTS: 1/31/17; REBUTTAL: 2/27/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: March 17, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; June 2, 2017;
    Opp. Due: June 16, 2017; Reply Due: June 23, 2017;
    and set for hearing no later than July 7, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 22, 2017 at 3:30 PM.

JURY TRIAL DATE: September 5, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
**SUMMARY**

**This case shall be referred to Magistrate-Judge Beeler for settlement purposes.  The settlement conference shall occur in either August or September 2016.**

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 4/25/16

_____
SUSAN ILLSTON
United States District Judge